UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHAVEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRIS DOURGHTY, et al.,<br><br>    Defendants. | Case No. 24-cv-02807-PCP<br><br>**ORDER OF TRANSFER** |

Anthony Chavez filed this *pro se* civil rights action complaining about events that occurred in a federal criminal action in the United States District Court for the Southern District of Indiana. *See* Dkt. No. 1 (complaining of decisions made by United States District Judge Sarah Barker). The Southern District of Indiana also appears to be where defendants are located. *See id*. Venue therefore would be proper in the Southern District of Indiana and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of Indiana.

The Clerk of the Court shall terminate all motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: July 29, 2024

_____
P. Casey Pitts
United States District Judge